**FILED**

AUG 14 20??

Clerk, U.S District & Bank...
Courts for the District of C...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-901 |
| ERIC HIMPTON HOLDER, JR., *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has not submitted the required financial information. Accordingly, the Court will dismiss the complaint and this action. An Order accompanies this Memorandum Opinion.

*/s/ Royce C. Lamberth*
United States District Judge

DATE: 8/10/12